IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT MARQUIS RAMEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 15-1431 |
| | : | |
| v. | : | |
| | : | |
| RONALD PHILLIPS (Medical Director), | : | |
| J. DUFFY (Delaware County Sheriff), | : | |
| J. MOODY (Correctional Sergeant), and | : | |
| ISSAC OKAI (Correctional Officer), | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 11th day of October, 2016, after considering the defendants' motions for summary judgment (Doc. Nos. 41, 42), the *pro se* plaintiff's response in opposition to the defendants' motions for summary judgment (Doc. No. 51), and the various documents attached thereto; accordingly, for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. Defendants J. Moody and Ronald Phillips's motion for summary judgment (Doc. No. 41) is **GRANTED**;

2. Defendant J. Duffy's motion for summary judgment (Doc. No. 42) is **GRANTED**;

3. To the extent that the plaintiff asserts a claim under 42 U.S.C. § 1983 against Issac Okai, this claim is **DISMISSED**;

4. The state law negligence claim against defendant Issac Okai is **DISMISSED WITHOUT PREJUDICE**;

5.      Judgment is hereby **ENTERED** in favor of the defendants, J. Moody, J. Duffy, and Ronald Phillips, and against the plaintiff, Robert Marquis Ramey; and

6.      The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.